

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00332-CV

| | | |
|---|---|---|
| Tim Bilbrey and Chuck Hall | § | From the 158th District Court |
| | § | of Denton County |
| v. | § | (2013-20561-158) |
| | § | March 12, 2015 |
| Ryan Williams | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order.  It is ordered that the order of the trial court is reversed and the case is remanded to the trial court to dismiss Ryan Williams's claims and to consider any other relief to which Tim Bilbrey and Chuck Hall may be entitled, including an award of costs, attorney's fees, and sanctions.

It is further ordered that Appellee Ryan Williams shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot